1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| ANGELICA YANNETTE DE LA TOVA, | Case No.: 3:20-cv-01055-MMA-NLS |
|---|---|
| Plaintiff, | **ORDER REFERRING MATTER TO UNITED STATES MAGISTRATE JUDGE FOR REPORT AND RECOMMENDATION** |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

On June 9, 2020, Plaintiff Angelica Yannette De La Tova filed this social security appeal challenging the denial of her application for disability and supplemental security income benefits. Doc. No. 1. All matters in this social security appeal are hereby referred to United States Magistrate Judge Nita L. Stormes for report and recommendation pursuant to Section 636(b)(1)(B) of Title 28 of the United States Code, and Civil Local Rule 72.1. *See* 28 U.S.C. § 636(b)(1)(B); S.D. Cal. Civ. LR 72.1.

**IT IS SO ORDERED**.

Dated: July 2, 2020

_____

MICHAEL M. ANELLO

United States District Judge

1

3:20-cv-01055-MMA-NLS