# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELICA YANNETTE DE LA TOVA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Commissioner of Social Security<br><br>Defendant. | Case No.: 20-cv-1055-MMA (NLS)<br><br>**ORDER GRANTING JOINT MOTION FOR REMAND AND ENTRY OF JUDGMENT**<br><br>[Doc. No. 20] |

On April 23, 2021, the parties filed a joint motion for voluntary remand and entry of judgment. Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion and **REMANDS** this matter to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings. The Court further **DIRECTS** the Clerk of Court to enter judgment in favor of Plaintiff, reversing the final decision of the Commissioner, terminate all pending motions and deadlines, and close this case.

**IT IS SO ORDERED.**

Dated: April 26, 2021

HON. MICHAEL M. ANELLO
United States District Judge